ORIGINAL

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

CHRISTOPHER Smith EF 226094

CV501-031

(Enter above full name of plaintiff or plaintiffs)

v.

CARLTON EVAN - Sheriff
DR. JACOB
TONY HENDERSON
JERRY KNIGHT

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes X No ___

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: CHRISTOPHER SMITH EF 226094

Defendants: CARLTON EVANS - DR. JACOB - TONY HENDERSON - JERRY KNIGHT -

2. Court (if federal court, name the district; if state court, name the county):

United States Court (District) Southern - Savannah

3. Docket number: 95-CV-113

4. Name of judge assigned to case: William T. Moore

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Dismissed without prejudiced

6 Approximate date of filing lawsuit: 8-24-95

7. Approximate date of disposition: 12-23-96

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes X No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ____ No X

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court (name the district):

____________________

3. Docket number: ____________________

4. Name of judge assigned to case: ____________________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

____________________

6. Approximate date of filing lawsuit: ____________________

7. Approximate date of disposition: ____________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

____________ ____________
____________ ____________
____________ ____________
____________ ____________

II. Place of present confinement: WARE State PRISON - WAYCROSS, GA. 31501

A. Is there a prisoner grievance procedure in this institution? Yes X No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes X No ____

C. If your answer to B is yes:

1. What steps did you take? Placed Several sick call request for assistance.

INFORMAL GRIEVANCE

2. What was the result? Seen by a doctor (eye) - told that I need corrective eye surgery in my Right eye.

INFORMAL GRIEVANCE NOT RESOLVED

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ___ No X

If yes, what was the result? Have Not Received AN ANSwer From the informal Grievance

D. If you did not utilize the prison grievance procedure, explain why not:

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: CHRIStopher Smith EF-226094
Address: 3620 N. HARRIS Rd.
WARE State PRISON
WAYCROSS, GA. 31501

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: CARlton EVANS
Position: SheriFF
Place of employment: Coffee County
Current address: Deceased

C. Additional defendants: DR. JAcob – eye physician – Coffee County Jail and private practice – UNK. Tony Henderson – Adm. Coffee county Jail – Coffee County Jail – Coffee County Law ENforcement Center. Jerry Knight – Jailer – Coffee County Jail – Coffee County Law Enforcement Center

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Nicky Toombs threw ammonia and bleach into my eyes at Coffee County Jail - September 1994 about the third week of the above month.
"Jerry Knight" refused assistance (Jailer)

"Tony Henderson" placed me in isolation - took my medicine (prescription) by Dr. Jacob
Refused to allow me visitation by family members so that my family could not see my injury.

"Carlton Evans" Sheriff over the Coffee County Law Enforcement Center is responsible for the conduct of his staff and orderly running of Jail.

"Dr. Jacob" gave me the wrong prescription which severelly hindered my recovery. Mal practice.

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for the nontreatment of my damage Right eye. $100,000

Punitive Damage for the careless, reckless, indifference toward my well being, my eye-sight and overall health. $500,000

Any and all other damages under the violation of my civil Rights, Georgia Constitution Rights, Federal Constitutional Rights as a citizen of Georgia and these united States of America
$300,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of April, 2001

Prisoner No. 226094

Christopher Smith
(Signature of Plaintiff)